IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Poole, Norman

Printed: 7/8/08

Case Number: 05 B 07566
Judge: Goldgar, A. Benjamin
Filed: 3/3/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: July 3, 2008
Confirmed: July 12, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 43,159.29 |  |
| Secured: |  | 33,154.28 |
| Unsecured: |  | 5,034.09 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 2,270.92 |
| Other Funds: |  | 0.00 |
| Totals: | 43,159.29 | 43,159.29 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Melvin J Kaplan Esq | Administrative | 2,700.00 | 2,700.00 |
| 2. | Ingomar | Secured | 18,495.36 | 18,495.36 |
| 3. | Ingomar | Secured | 13,458.92 | 13,458.92 |
| 4. | Cook County Treasurer | Secured | 1,200.00 | 1,200.00 |
| 5. | Peoples Energy Corp | Unsecured | 2,673.60 | 0.00 |
| 6. | Cook County Treasurer | Unsecured | 1,707.42 | 1,707.42 |
| 7. | Consumer Portfolio Services | Unsecured | 818.83 | 0.00 |
| 8. | Cavalry Portfolio Services | Unsecured | 3,326.67 | 3,326.67 |
| 9. | Ace | Unsecured |  | No Claim Filed |
| 10. | Midland Finance Company/CPS | Unsecured |  | No Claim Filed |
|  |  |  | $ 44,380.80 | $ 40,888.37 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 144.30 |
| 5.5% | 410.30 |
| 5% | 145.49 |
| 4.8% | 172.81 |
| 5.4% | 916.18 |
| 6.5% | 481.84 |
|  | $ 2,270.92 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Poole, Norman

Printed: 7/8/08

Case Number:  05 B 07566
Judge:  Goldgar, A. Benjamin
Filed:  3/3/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

